UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ROBERT M. YOUNGBLOOD,           )
                                )
    Plaintiff,                  )
                                )
v.                              )      Case No. CIV-20-765-G
                                )
STATE OF OKLAHOMA et al.,       )
                                )
    Defendants.                 )

## ORDER

Plaintiff Robert M. Youngblood filed this federal civil rights action on August 3, 2020. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Gary M. Purcell for preliminary review.

On December 8, 2020, Judge Purcell issued a Report and Recommendation (Doc. No. 19), in which he recommended that this action be dismissed for failure to state a claim upon which relief can be granted. In the Report and Recommendation, Judge Purcell advised Plaintiff of his right to object to the Report and Recommendation by December 28, 2020. Judge Purcell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.[1]

As of this date, Plaintiff has not submitted an objection to the Report and Recommendation or sought leave for additional time to do so.

---

[1] The Report and Recommendation was mailed to Plaintiff at the address on file with the Court. It was returned as undeliverable, *see* Doc. No. 20, but Plaintiff has not updated his address or otherwise contacted the Court as required by the Local Civil Rules.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 19) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 10th day of March, 2021.

CHARLES B. GOODWIN
United States District Judge